# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146924-5

IN RE FORFEITURE OF BAIL BOND
_____

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DEMEKCO MONERICK MOTTEN,
          Defendant,
and

LEO'S BAIL BONDS AGENCY COMPANY,
INC.,
          Appellant.

_____/

SC: 146924
COA: 307055
Wayne CC: 08-019334-FH

IN RE FORFEITURE OF BAIL BOND
_____

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

BRODERICK WATSON,
          Defendant,
and

LEO'S BAIL BONDS AGENCY COMPANY,
INC.,
          Appellant.

_____/

SC: 146925
COA: 307059
Wayne CC: 09-006373-FH

On order of the Court, the application for leave to appeal the December 18, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



Clerk

t0617